IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. BRYANT, | 1:08-cv-01369-AWI-GSA-PC<br>(Kings County Superior Court case 07C-0362) |
| Plaintiff, | ORDER ADOPTING FINDINGS<br>AND RECOMMENDATIONS<br>(Doc. 6) |
| vs. | |
| J. NESMITH, et al., | ORDER GRANTING DEFENDANTS'<br>MOTION TO REMAND<br>(Doc. 5) |
| Defendants. | |
| | ORDER REMANDING CASE TO<br>KINGS COUNTY SUPERIOR COURT |
| | ORDER DISREGARDING APPEAL<br>(Exh to Doc. 7) |
| | ORDER FOR CLERK TO SERVE<br>NOTICE OF REMAND AND CLOSE CASE |

James E. Bryant ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On November 13, 2008, findings and recommendations were entered, recommending that defendants' motion to remand this case, filed October 10, 2008, be granted. (Doc. 5) On November 21, 2008, plaintiff filed objections, stating his intention to file an appeal to the Ninth Circuit if the district court remanded the case to the superior court. (Doc. 7) Plaintiff attached a

1

Notice of Appeal to the Ninth Circuit, dated November 18, 2008, as an exhibit to his objections. (Exh to Doc. 7)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.  In the objections, Plaintiff contends that Defendants did not file a timely motion to remand.  Because Defendants' motion is based on this court's lack of subject matter jurisdiction over an action removed by Plaintiff, 28 U.S.C. § 1447(c)'s thirty day rule does not apply.  Plaintiff next contends that he removed this action because the state court was being unfair.  While 28 U.S.C. § 1443 allows the removal of actions for bias in limited criminal or civil rights cases, it is the defendant who is entitled to remove, not the plaintiff.  Thus the objections do not provide a basis to not adopt the findings and recommendations.

With regard to the Notice of Appeal dated November 18, 2008, which plaintiff submitted as an exhibit to his objections on November 21, 2008, the Notice of Appeal is premature due to the fact that no final order or judgment was entered in this action on or before November 21, 2008.  Moreover, because the Notice of Appeal was submitted as an exhibit to another document, it was not properly submitted for filing by the district court.   Therefore, the Notice of Appeal shall be disregarded as premature and improperly filed and shall not be filed at the district court or forwarded to the Ninth Circuit.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on November 13, 2008, are ADOPTED in full;
2. Defendants' motion to remand this case to the Kings County Superior Court is GRANTED;
3. Plaintiff's Notice of Appeal to the Ninth Circuit, dated November 18, 2008, is DISREGARDED as premature and improperly filed and shall not be filed at the district court or forwarded to the Ninth Circuit; and

       4.      The Clerk of Court is DIRECTED to serve notice of the remand and close this case.

IT IS SO ORDERED.

**Dated:   February 23, 2009**            /s/ Anthony W. Ishii
                                                  CHIEF UNITED STATES DISTRICT JUDGE